**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson,<br><br>      Plaintiff,<br>  v.<br><br>Carl T. Hayden Veterans Affairs Medical Center<br>      Defendant. | No. CV 07-1246-PHX-SMM<br><br>**ORDER** |

Currently pending before the Court are two motions filed by *pro se* Plaintiff Kevin Lewis Hobson. The Court will first address Plaintiff's Motion for Service by U.S. Marshal (Docs. 6) wherein Plaintiff respectfully requests that the US Marshal Service serve his summons and Complaint upon Defendant. Pursuant to the Court's Order of July 2, 2007 (Doc. 3), wherein the Court granted Plaintiff's Motion to Proceed In Forma Pauperis, the U.S. Marshal has previously been ordered to serve Plaintiff's summons and Complaint.[1] Therefore, Plaintiff's Motion for Service by U.S. Marshal(Doc. 6) is **DENIED** as **MOOT**.

The Court also has before it a Motion for Preliminary Pretrial Conference (Doc. 10). The Court finds that because Defendant has yet to be served, it is premature to schedule a pretrial conference. Therefore, the motion is **DENIED without prejudice**.

---

[1] The Order reads in pertinent part:
    Service by waiver or of the summons and complaint shall be at government expense on the defendant by the U.S. Marshal or his authorized representative.

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motions for Service by U.S. Marshal(Doc. 6).

**IT IS FURTHER ORDERED DENYING without prejudice** Plaintiff's Motion for Preliminary Pretrial Conference (Doc. 10).

DATED this 3rd day of August, 2007.

Stephen M. McNamee
United States District Judge