**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Carl T. Hayden Veterans Affairs<br>Medical Center<br><br>　　　　　Defendant. | No. CV 07-1246-PHX-SMM<br><br>**ORDER** |

　　　Currently pending before the Court is Plaintiff's Motion to Appoint Counsel in the following pending cases wherein Plaintiff has been granted in forma pauperis status: 07-1246, 07-1318, 07-1319. The appointment of counsel for an indigent plaintiff is a matter of the court's discretion, and the decision will not be overturned absent an abuse of discretion. Am. Jur. 2d. Fed. Courts § 524  Here, the Court finds that Plaintiff has failed to show that appointment of counsel is warranted in and any of the foregoing enumerated cases.[1] Accordingly,

　　　**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion to Appoint Counsel (Doc. 13).

　　　DATED this 8th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff neglected to provide the Court with any basis for appointing counsel. Nor has Plaintiff served Defendants or properly articulated the bases for his lawsuits under the Federal Rules of Civil Procedure.