**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Kevin Lewis Hobson,<br><br>　　　　Plaintiff,<br>　v.<br><br>Carl T. Hayden Veterans Affairs Medical Center<br>　　　　Defendant. | No. CV 07-1246-PHX-SMM<br><br>**ORDER** |

Currently pending before the Court is Plaintiff's Motion for a Court Favor/Restitution (Doc. 14) wherein Plaintiff seeks relief in the amount of three million dollars. Considering Defendants have yet to be served, the Court finds that it is not an appropriate time to address damages, or restitution in particular. Furthermore, the Court may not provide parties with "favors" such as that requested by Plaintiff.

Accordingly,

**IT IS HEREBY ORDERED DENYING** Plaintiff's Motion for "a Court Favor/ Restitution" (Doc. 14).

DATED this 8th day of November, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge