**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Kevin Lewis Hobson,              ) | No. 07-1246-PHX-SMM |
|                          )                                         ) | |
|       Plaintiff,            ) | **ORDER** |
|                          )                                         ) | |
| vs.                         ) | |
|                          )                                         ) | |
| Carl T. Hayden Veterans Affairs Medical ) Center,                      ) | |
|                          )                                         ) | |
|       Defendant.         ) | |
|                          )                                         ) | |

Pursuant to a show cause hearing held on January 22, 2008 and plaintiff having shown good cause why service has not been completed upon defendant.

**IT IS HEREBY ORDERED** that the Clerk of Court shall send plaintiff another service packet for completion.

**IT IS FURTHER ORDERED** plaintiff has until February 29, 2008 to complete and return the service packet to the Clerk's office for processing.

DATED this 23rd day of January, 2008.

_/s/ Stephen M. McNamee_
Stephen M. McNamee
United States District Judge